U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R00945)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN - 8 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: 

DISTRICT COURT NO.  1:21CR0228

MAGISTRATE CASE NO.

X Indictment            Information              Magistrate's Complaint
DATE: June 8, 2021     DATE:                    DATE:

UNITED STATES OF AMERICA
vs.
VIKAS SINGLA

INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?     Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Samir Kaushal
Defense Attorney: