U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A  (With Counsel)

CRIMINAL NO. 1:21-CR-0228

I, Vikas Singla, defendant, having received a copy of the Indictment and having been arraigned, plead **Not Guilty** to Counts 1 through 18 of the Indictment.

In Open Court this 10th day of June, 2021.

_____      _____
SIGNATURE (Defense Attorney)    SIGNATURE (Defendant)
David M. Chaiken                Vikas Singla

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404-795-5005
Bar Number: 118618

Phone: _____

Filed in Open Court by:

_____      _____
(Signature)                     Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12