# **EXHIBIT A**

## David Chaiken

| | |
|---|---|
| **From:** | Kaushal, Samir (USAGAN) ███████████ |
| **Sent:** | Tuesday, February 22, 2022 4:24 PM |
| **To:** | David Chaiken |
| **Cc:** | Fong, Laura (CRM); Tecimer, Natalie (CRM) |
| **Subject:** | RE: U.S. v. Singla            Follow-Up |

Dave,



Regarding the factual questions:

In terms of fully advising my client, can you confirm that the government's theory/evidence on the protected computer issue is that (1) the victim Ascom system identified in the indictment was not a closed system but could make national and international phone calls like any other mobile or land-line telephone, and (2) because GMC employees could log into the GMC system by VPN and access the devices remotely, the devices identified in Counts 1-18 necessarily were connected to the internet?

YES, but please note that there may be additional "protected computer" theories presented if this case proceeds to trial.

Please confirm the government's "damage" theory/evidence for Counts 1-17 is that (1, Ascom) a configuration code was changed vis-à-vis the Ascom system, taking the system down (*i.e.*, impairing the availability of the Ascom system), and (2-17, Printers) several hundred printers printed print jobs on 9/27/18 (the patient names and "We Own You" message), which impaired the availability of the printers?

YES, but please note that if this case proceeds to trial, there may be additional theories of damage offered.

Could you please let me know if I am missing other harms that you believe to be cognizable under Section 1030(e)(8), like physical/technical damage or viruses or anything like that?

At this time, we are not aware of viruses or malware being installed on GMC systems. We are also not aware of physical damage to electronic devices. But please note that if this case proceeds to trial, there may be additional theories of damage offered.

Let me know if you'd like to set up a time to discuss.

Thanks,

Samir Kaushal
Assistant U.S. Attorney
United States Attorney's Office | Northern District of Georgia
600 United States Courthouse | 75 Ted Turner Drive, SW | Atlanta, GA 30303
Office 404.581.6044 | Cell ███████████ | ████████████████